JUDGE GARDEPHE

11 CIV 5922

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPALSEED PRODUCTIONS, INC.,
d/b/a APPALSONGS; CHARLES
LLOYD, INDIVIDUALLY, AND
D/B/A FOREST FARM MUSIC;
DARIUS BROOKS d/b/a FROM D's
PEN; DAVID HOFFNER D/B/A
FIELDS OF AUTUMN PUBLISHING
AND HOFFNER HAUS MUSIC; JOE
HILL MUSIC, LLC, d/b/a JOE HILL
MUSIC; LAURENCE WEISS d/b/a
RHINESTONE COWBOY MUSIC
CO.; MARK FARNER d/b/a CRAM
RENRAFF COMPANY; and R GANT
MUSIC GROUP, INCORPORATED,
d/b/a HELLO DARLIN' MUSIC,

Plaintiffs,

v.

MEDIANET DIGITAL, INC., and
ALAN MCGLADE, and STEPHEN
BARRACLOUGH,

Defendants.



**INDEX NO.:**

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

**JURY TRIAL DEMANDED**

Plaintiffs, by their attorneys, Crosby & Higgins LLP, complaining of Defendants MediaNet

Digital, Inc. (hereinafter referred to as "MediaNet"), Alan McGlade, and Stephen Barraclough

(collectively, "Defendants"), allege on information and belief as follows:

## I. INTRODUCTION

1. This Complaint is filed and these proceedings are instituted under the United States

Copyright Act, 17 U.S.C. § 101, *et seq.* for copyright infringement, contributory copyright infringement,

vicarious copyright infringement, injunctive relief, and to recover, at Plaintiffs' election, either actual or

statutory damages, plus discretionary costs, reasonable attorneys' fees and costs arising from Defendants' willful and systematic copyright infringement, and facilitation and contribution thereto, through MediaNet's business operations.

## II. JURISDICTION & VENUE

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 and 1338(a). This Court has personal jurisdiction over Defendants. Defendants conduct continuous and systematic business in New York State and this District. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)(c) and 1400(a), as Defendants and/or their agent may be found in this District, and because Defendants are subject to personal jurisdiction in the District.

## III. PARTIES

3. Plaintiff Appalseed Productions, Inc., d/b/a Appalsongs is a Virginia corporation.

4. Plaintiff Charles Lloyd, individually and d/b/a Forest Farm Music is a citizen and resident of California.

5. Plaintiff Darius Brooks, d/b/a From D's Pen is a citizen and resident of Illinois.

6. Plaintiff David Hoffner, d/b/a Fields of Autumn Publishing and Hoffner Haus Music, is a citizen and resident of Tennessee.

7. Plaintiff Joe Hill Music, LLC, d/b/a Joe Hill Music is a North Carolina limited liability company.

8. Plaintiff Laurence Weiss, d/b/a Rhinestone Cowboy Music Co., is a citizen and resident of Tennessee.

9. Plaintiff Mark Farner, individually and d/b/a Cram Renraff Company is a citizen and resident of Michigan.

10. Plaintiff R Gant Music Group, Incorporated, d/b/a Hello Darlin' Music is a Tennessee corporation.

11. Upon information and belief Defendant MediaNet, Inc. is a Delaware corporation with its principal place of business in New York.

12. Upon information and belief, Stephen Barraclough is the current Chief Executive Officer of Defendant MediaNet.

13. Upon information and belief Defendant Alan McGlade is a resident of Connecticut and served as the Chief Executive Officer of Defendant MediaNet until December 2010.

14. In their capacity as officers of Defendant MediaNet, upon information and belief, Mr. McGlade and Mr. Barraclough supervised and otherwise directed the infringing activities of Defendant MediaNet and have derived substantial financial benefit from Defendant MediaNet's wrongful conduct.

## IV.  FACTUAL ALLEGATIONS

15. MediaNet was originally founded as MusicNet in 1999 to operate a subscription music service, which began operation in 2001.  In the spring of 2005, it was acquired by Baker Capital, and in 2006 changed its name to MediaNet.

16. MediaNet provides and operates a proprietary technology platform that supports the digital delivery of music and other media.  MediaNet advertises that its service delivers "a set of powerful music and media content capability including streams, downloads, media search, contextual matching and other media discovery tools to engage end users while keeping them on your website or application longer to maximize revenues."

17. MediaNet, at least in part, "licenses" its music catalog to third-party internet music

services for a fee.  At different times throughout MediaNet's existence, said music catalog has been housed on either MediaNet's computer servers or copied onto its customers' computer servers.

18. In addition to providing music to third-parties, MediaNet either currently operates or previously operated an internet music subscription and non-subscription service known as "Performer Digital."

19. Performer Digital, in part, allows/allowed consumers to listen to the entire sound recording of a user-selected musical work via "On-Demand Streams," which is generally defined as on demand real time digital transmissions of sound recordings using so-called streaming technology.

20. Performer Digital, also in part, allows/allowed consumers, either during a free trial period or upon payment of a monthly fee to MediaNet, the ability to download an unlimited number of sound recordings of musical works from MediaNet's computer server(s) via "Limited Downloads" (aka "Tethered Download" or "Conditional Downloads"), which is generally defined as the making and distribution of sound recordings by digital transmission to local storage devices (*e.g.*, the hard drive of a user's computer or portable devices) via time limited or use limited downloads.

21. On information and belief, Limited Downloads remain on the consumer's computer hard drive as long as the free trial period is in effect or the subscriber pays/paid to MediaNet the monthly subscription fee.

22. Additionally, MediaNet allows users of its corporate website (located at www.mndigital.com) to purchase permanent digital copies of recorded music directly from MediaNet for $0.99 per song (users can also purchase entire albums digitally directly from MediaNet).

23. MediaNet's customers operate a variety of different types of music services, including, but not limited to, subscription and non-subscription music services (similar to Performer Digital) as

well as so-called internet radio services.

24. MediaNet is not a "service provider" as defined by 17 U.S.C. § 512 and therefore not entitled to any of the safe harbor provisions of the Digital Millennium Copyright Act.

25. In order to lawfully transmit, perform, reproduce and deliver any sound recording of any musical work via "On-Demand Stream" or "Limited Download" on Performer Digital or its corporate website, MediaNet must have first obtained not only a license for each individual sound recording itself from the owner(s) of each sound recording, but also a separate license for the underlying musical composition which is embodied on each separate sound recording from the copyright owner of said musical composition.

26. Likewise, in order for any of MediaNet's music service customers to lawfully transmit, perform, reproduce and deliver any sound recording of any musical work via "On-Demand Streams" or "Limited Downloads" from the MediaNet catalog, the licenses required by MediaNet, as stated in the preceding paragraph, must have been assignable to third parties.

27. The licenses for the underlying musical compositions embodied on each of the aforementioned sound recordings could have been obtained either via a voluntary license (with the consent of the copyright holder) or via a compulsory license, the method of which is set forth in 17 U.S.C. § 115 and related regulations of the Copyright Office.

28. However, pursuant to 17 U.S.C. § 115, failure to serve or file the notice required prior to distribution forecloses the possibility of a compulsory license and, in the absence of a negotiated (voluntary) license, renders the making and distribution of phonorecords actionable as acts of infringement.

29. A license obtained under the compulsory provision of the Copyright Act, being non-

exclusive in nature, is not assignable.

30. Plaintiff Appalseed Productions, Inc., d/b/a Appalsongs (hereinafter "Appalseed") is the

sole legal or beneficial owner of the following musical work(s):

| Title | Copyright Registration No. |
|---|---|
| "Ask Any Farmer" | PA 563-100 |
| "Awful Hilly Daddy - Willie Trip" | PAu 1-232-993/PA 360-712 |
| "Black Sea" | PA 563-198 |
| "Calling All The Children Home" | PA 563-198 |
| "Caught In The Crossfire" | PA 360-712/PAu 1-232-993 |
| "Christmas In The Trenches" | PAu 656-099 |
| "Claudette Colvin Goes to Work" | PA 1-344-765 |
| "Closing The Bookstore" | PA 1-316-523 |
| "Copper River Bounce" | PA 563-198 |
| "Cup Of Coffee" | PA 563-100 |
| "Dad's Got That Look" | PA 1-060-499 |
| "Dead Man Walking" | PA 1-316-520 |
| "Dearest Martha" | PA 360-712/PAu 1-232-993 |
| "Each Season It's The Same" | PA 1-100-861 |
| "Good Ol' Girls" | PA 1-344-752 |
| "Grounded" | PA 1-060-492 |
| "Half A World Away" | PA 1-100-861 |
| "Happy Adoption Day" | PA 1-060-499 |

| | |
|---|---|
| "Here On The Islands" | PA 1-100-861 |
| 'High Hearts" | PA 563-198 |
| "Hours After" | PA 563-198 |
| "If I Were A Featherbed" | PAu 656-099 |
| "Immigrant" | PA 1-060-492 |
| "Is My Family" | PA 1-060-499 |
| "It's the Economy, Stupid" | PA 1-130-196 |
| "Jericho" | PA 1-316-523 |
| "Kindergarten Wall" | PAu 1-232-993 |
| "Know When To Move" | PA 563-100 |
| "La Mujer de Don Miguel" | PA 1-344-755 |
| "Lament" | PAu 657-285 |
| "Lefty's Bar Tonight" | PA 1-100-861 |
| "Let's Keep It Straight" | PA 1-060-492 |
| "Leviathan" | PA 563-100 |
| "Little White Star" | PA 1-060-499 |
| "Long Way Back To Georgia" | PAu 657-285 |
| "Mending Fences" | PA 1-100-861 |
| "Molly And The Whale" | PA 235-756 |
| "Music In Your Hands" | PAu 657-285/PA 360-712 |
| "No Mas!" | PAu 657-285 |

| | |
|---|---|
| "No Turning Back Now" | PA 563-100 |
| "Ode to Common Things" | PA 1-344-752 |
| "Old Brown's Head Light" | PA 563-198 |
| "Old Coat" | PA 1-100-861 |
| "One Man's Trash" | PA 563-100 |
| "One Strong Arm" | PAu 657-285 |
| "One Thin Swimsuit" | PAu 657-285 |
| "Our Flag Was Still There" | PA 1-060-497 |
| "Own Backyard" | PA 1-060-492 |
| "Phobias" | PA 1-060-499 |
| "Road to Bangor" | PA 1-060-492 |
| "Robbing Peter To Pay Paul" | PA 360-712/PAu 1-232-993 |
| "Room At The Top Of The Stair" | PA 1-060-492 |
| "Room Here For Another" | PA 563-100 |
| "Sail Away" | PA 1-344-752 |
| "Same Small Town" | PA 1-100-861 |
| "Santiago" | PA 360-712/PAu 1-232-993 |
| "She" | PA 1-100-861 |
| "Si Se Puede" | PA 1-060-492 |
| "Starlight" | PA 1-316-520 |
| "Stone By Stone" | PA 563-100 |

| | |
|---|---|
| "The Farmer Is The Woman" | PA 360-712/PAu 1-232-993 |
| "The Heaven's Wake" | PA 1-060-492 |
| "The Perseid" | PA 1-060-492 |
| "The Pumpkin Man" | PA 360-712/PAu 1-232-993 |
| "The Red Corvette" | PA 1-060-492 |
| "The Silver Run" | PAu 657-285 |
| "The Young Ones Don't Remember" | PA 360-712/PAu 1-232-993 |
| "This Time Of Year" | PA 563-100 |
| "Traveling In The Wilderness" | PA 1-060-499 |
| "Water From Another Time" | PAu 657-285 |
| "Watermelon" | PA 1-060-499 |
| "We Shall Rise" | PA 1-100-861 |
| "What It's Like" | PA 563-100 |
| "Where Were You When" | PA 563-198 |
| "Who'll Rock The Cradle" | PA 1-060-492 |
| "Willie's Waltz" | PAu 656-099 |
| "Wish You Goodnight" | PA 1-100-861 |
| "Yesterday's Fools" | PA 563-198 |

31. Appalseed is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 30 hereof.

32. The musical works referenced in Paragraph 30 hereof have been registered with the United States Copyright Office.

9

33. Upon information and belief, without Appalseed's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Appalseed's copyrighted musical work referenced in Paragraph 30 hereof:

| Track | Artist | Album |
|---|---|---|
| Ask Any Farmer | John McCutcheon | What's It Like |
| Awful Hilly Daddy | John McCutcheon | Mail Myself To You Willie Trip |
| Black Sea | John McCutcheon | Live At Wolf Trap |
| Calling All the Children Home | John McCutcheon | Live At Wolf Trap |
| Calling All the Children Home | John McCutcheon | Supper's On The Table… |
| Caught In The Crossfire | John McCutcheon | Gonna Rise Again |
| Caught In The Crossfire | John McCutcheon | Water From Another Time |
| Christmas In The Trenches | George Hamilton IV | The Light Of The World |
| Christmas In The Trenches | John McCutcheon | Live At Wolf Trap |
| Christmas In The Trenches | John McCutcheon | Must Be Santa! The Rounder Christmas Album |
| Christmas In The Trenches | John McCutcheon | Water From Another Time |
| Christmas In The Trenches | John McCutcheon | Winter Solstice |
| Christmas In The Trenches | John McCutcheon | A Time To Remember |
| Christmas In The Trenches | John McCutcheon | Remembrance |
| Christmas In The Trenches | Robbie O'Connell | A Christmas Celtic Sojourn, Live |
| Closing The Bookstore | John McCutcheon | Supper's On The Table… |

| | | |
|---|---|---|
| Closing The Bookstore | John McCutcheon | Storied Ground |
| Copper River Bounce/Money Musk | John McCutcheon | Live At Wolf Trap |
| Cup Of Coffee | John McCutcheon | What's It Like |
| Dad's Got That Look | John McCutcheon | Family Garden |
| Dead Man Walking | John McCutcheon | Supper's On The Table… |
| Dead Man Walking | John McCutcheon | Doing Our Job |
| Dearest Martha | John McCutcheon | Gonna Rise Again |
| Each Season It's the Same | John McCutcheon | Nothing to Lose |
| Feather Bed | Carawan Family | Home Brew: At Home In Tennessee |
| Featherbed | John McCutcheon | Water From Another Time |
| Grounded | John McCutcheon | Four Seasons: Spring Songs |
| Half A World Away | John McCutcheon | Between The Eclipse |
| Happy Adoption Day | John McCutcheon | Family Garden |
| Happy Adoption Day | John McCutcheon | Supper's On The Table… |
| Heaven's Wake | John McCutcheon | Sprout Wings And Fly |
| Here On The Islands | John McCutcheon | Nothing to Lose |
| High Hearts | John McCutcheon | Live At Wolf Trap |
| Hours After/Lonesome John/Reel A Bouche/ Leather Britches | John McCutcheon | Live At Wolf Trap |
| If I Were A Featherbed | John McCutcheon | The Wind That Shakes The Barley |
| If I Were A Featherbed | John McCutcheon | Signs Of The Times |
| Immigrant | John McCutcheon | Supper's On The Table… |

| Is My Family | John McCutcheon | Family Garden |
|---|---|---|
| Jericho | John McCutcheon | Supper's On The Table |
| Jericho | John McCutcheon | Storied Ground |
| Kindergarten Wall | John McCutcheon | Mail Myself To You |
| Kindergarten Wall | John McCutcheon | Water From Another Time |
| Know When To Move | John McCutcheon | What's It Like |
| Lament | John McCutcheon | Signs Of The Times |
| Lefty's Bar Tonight | John McCutcheon | Nothing To Lose |
| Let's Keep It Straight | John McCutcheon | Signs Of The Times |
| Leviathan | John McCutcheon | What's It Like |
| Leviathan | John McCutcheon | Supper's On The Table… |
| Little White Star | John McCutcheon | Family Garden |
| Long Way Back To | John McCutcheon | Gonna Rise Again Georgia |
| Mending Fences | John McCutcheon | Supper's On The Table… |
| Mending Fences | John McCutcheon | Between The Eclipse |
| Meteors/The Perseid | John McCutcheon | John McCutcheon's Four Seasons Summersongs |
| Meteors/The Perseid | John McCutcheon | Supper's On The Table… |
| Molly And The Whale/Rubber Blubber Whale | John McCutcheon | Howjadoo |
| Music In Your Hands | John McCutcheon | Signs Of The Times |
| No Mas | John McCutcheon | Signs Of The Times |
| No Mas! | John McCutcheon | Water From Another Time |

| No Turning Back Now | John McCutcheon | What's It Like |
|---|---|---|
| Old Brown's Head Light | John McCutcheon | Live At Wolf Trap |
| Old Coat | John McCutcheon | Between The Eclipse |
| One Man's Trash | John McCutcheon | What's It Like |
| One Strong Arm | John McCutcheon | Water From Another Time |
| One Strong Arm | John McCutcheon | Signs Of The Times |
| One Thin Swimsuit | John McCutcheon | Signs Of The Times |
| Own Backyard | John McCutcheon | John McCutcheon's Four Seasons Summersongs |
| Phobias | John McCutcheon | Family Garden |
| Pumpkin Man | John McCutcheon | John McCutcheon's Four Seasons Summersongs |
| Road To Bangor/ Morrison's | John McCutcheon | Sprout Wings And Fly |
| Robbing Peter To Pay Paul | John McCutcheon | Step By Step |
| Room At The Top Of The Stair | John McCutcheon | Supper's On The Table… |
| Room Here For Another | John McCutcheon | What's It Like |
| Room Here For Another | John McCutcheon | The Homeless Project |
| Room Here For Another | Various Artists | Silverwolf Homeless Project - John McCutcheon |
| Same Small Town | John McCutcheon | Between The Eclipse |
| Santiago | John McCutcheon | Step By Step |
| She | John McCutcheon | Between The Eclipse |
| Si Se Puede | John McCutcheon | John McCutcheon's Four Seasons: Autumnsongs |
| Starlight | John McCutcheon | Supper's On The Table… |

| | | |
|---|---|---|
| Starlight | John McCutcheon | Doing Our Job |
| Stone By Stone | John McCutcheon | What's It Like |
| The Farmer Is The Woman | John McCutcheon | Gonna Rise Again |
| The Red Corvette | John McCutcheon | Water From Another Time |
| The Young Ones Don't Remember | John McCutcheon | Gonna Rise Again |
| This Time of Year | John McCutcheon | What's It Like |
| Traveling In The Wilderness | John McCutcheon | Family Garden |
| Water From Another Time | John McCutcheon | Gonna Rise Again |
| Water From Another Time | John McCutcheon | Water From Another Time |
| Watermelon | John McCutcheon | Family Garden |
| We Shall Rise | John McCutcheon | Between The Eclipse |
| Welcome To The World/ Willie's Waltz | John McCutcheon | Signs Of The Times |
| What's It Like | John McCutcheon | What's It Like |
| Where Were You When | John McCutcheon | Live At Wolf Trap |
| Who'll Rock the Cradle | John McCutcheon | Supper's On The Table… |
| Who'll Rock the Cradle | John McCutcheon | Sprout Wings And Fly |
| Willie's Waltz | John McCutcheon | Winter Solstice |
| Wish You Goodnight | John McCutcheon | Nothing To Lose |
| Yesterday's Fools | John McCutcheon | Live At Wolf Trap |
| Yesterday's Fools | John McCutcheon | Raise the Roof- A Retrospective: Live from The Barns at Wolf Trap |

34.  Plaintiff Charles Lloyd, Individually and d/b/a Forest Farm Music (hereinafter

"Lloyd"), is the sole legal or beneficial owner of the following musical work(s):

| Title | Copyright Registration No. |
|---|---|
| "A Different Journey" | EU 775710 / RE 563-316 |
| "Autumn Prelude and Autumn Echo (from the suite "Autumn Sequence")" | PAU 298-714 |
| "Bird Flight" | EU 51966 / RE 741-257 |
| "Blues For O.T." | EU 842694 |
| "Dervish Dance (from "Dream Weaver")" | PAU 298-709 |
| "European Fantasy" | PA 103-582 |
| "Forest Flower" | EU 842694 / PA 105-705 |
| "Goin' To Memphis" | PAU 298-710 |
| "Hej Da" | PA 103-583 |
| "Island Blues" | EU 775704 / RE 563310 |
| "Journey Within" | PA 103-584 |
| "Karma" | PA 103-580 |
| "Little Anahid's Day" aka "Temple Bells" – "Lonesome Child" | EU 775702 / RE 563308 |
| "Love Ship" aka "Dwija" – | EU 51973 / RE 741260 |
| "Love Song To A Baby" | EU 842694 |
| "Love-In" aka "Long Time Baby" | PA 103-578 |
| "Mallet Dance" | EU 842694 |
| "Manhattan Carousel" | PA 103-581 |
| "Meditation" | EU 51961 / RE 741255 |

| | |
|---|---|
| "Memphis Dues Again" | PA 103-579 |
| "Memphis Green" | PA 103-586 |
| "Passin' Thru" | EU 775703 / RE 563309 |
| "Pre-Dawn" | PA 105-704 |
| "Sombrero Sam" | EU 955550 / RE 668230 |
| "Sun Yen Yen" | EU 775705 / RE 563311 |
| "Sweet Georgia Bright" | EU 842694 |
| "Tagore" | EU 51972 / RE 741-259 |
| "The Vulture" | EU 775706 / RE 563312 |
| "Tribal Dance" | PA 103-576 |
| "Voice In The Night" | EU 775707 / RE 563313 |

35. Lloyd is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 34 hereof.

36. The musical works referenced in Paragraph 34 hereof have been registered with the United States Copyright Office.

37. Upon information and belief, without Lloyd's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Lloyd's copyrighted musical work referenced in Paragraph 34 hereof:

| Track | Artist | Album |
|---|---|---|
| A Different Journey | Chico Hamilton | A Different Kind of Journey |

| | | |
|---|---|---|
| Autumn Sequence | Charles Lloyd | Dream Weaver |
| Bird Flight | Charles Lloyd | Dream Weaver |
| Blues for O.T. | Chico Hamilton | Man From Two Worlds |
| Dream Weaver: Meditation, Dervish Dance | Charles Lloyd | Dream Weaver |
| European Fantasy | Charles Lloyd | Charles Lloyd in Europe |
| Forest Flower | Burt Conrad | All Stars Forward Looking Backwards Radio Edits |
| Forest Flower | Charles Lloyd | Forest Flower: Charles Lloyd At Monterey |
| Forest Flower - Sunrise (Live At Monterey) | Various Artists | Atlantic Jazz: Introspection |
| Forest Flower - Sunset | Charles Lloyd | Forest Flower: Charles Lloyd At Monterey |
| Forest Flower '69 | Charles Lloyd | Soundtrack |
| Forest Flower-Sunrise | Various Artist | NEA Jazz Masters |
| Goin' To Memphis/Island Blues | Charles Lloyd | The Flowering |
| Hej Da! | Charles Lloyd | Charles Lloyd in Europe |
| Island Blues | Chico Hamilton | A Different Kind Of Journey |
| Journey Within | Charles Lloyd | Journey Within |
| Karma | Charles Lloyd | Charles Lloyd In Europe |
| Lonesome Child | Chico Hamilton | Man From Two Worlds |
| Lonesome Child: Song/Dance | Charles Lloyd | Journey Within |
| Love In (Live Version) | Charles Lloyd | Love-In |
| Love Ship | Charles Lloyd | Dream Weaver |

| Love Song To A Baby | Charles Lloyd | Charles Lloyd In The Soviet Union |
| Love Song To A Baby | Chico Hamilton | Man From Two Worlds |
| Love-In/Island Blues | Charles Lloyd | The Flowering |
| Mallet Dance | Chico Hamilton | Man From Two Worlds |
| Manhattan Carousel | Charles Lloyd | Charles Lloyd In Europe |
| Memphis Dues Again/Island Blues (Live Version) | Charles Lloyd | Love-In |
| Memphis Green | Charles Lloyd | Journey Within |
| Passin' Thru | Chico Hamilton | Man From Two Worlds |
| Pre-Dawn | Charles Lloyd | Soundtrack |
| Sombrero Sam | Charles Lloyd | Dream Weaver |
| Sombrero Sam | Charles Lloyd | Soundtrack |
| Sun Yen Sen | Chico Hamilton | Transfusion |
| Sun Yen Sen | Chico Hamilton | A Different Kind of Journey |
| Sweet Georgia Bright | Charles Lloyd | Charles Lloyd in the Soviet Union |
| Tagore | Charles Lloyd | Charles Lloyd in Europe |
| Temple Bells (Live Version) | Charles Lloyd | Love-In |
| The Vulture | Chico Hamilton | A Different Kind Of Journey |
| Tribal Dance | Charles Lloyd | Charles Lloyd in the Soviet Union |
| Tribal Dance (Live Version) | Charles Lloyd | Love-In |
| Voice In The Night | Charles Lloyd | Soundtrack |
| Voice In The Night | Chico Hamilton | A Different Kind Of |

| | | Journey |
|---|---|---|

38. Plaintiff Darius Brooks, an individual d/b/a From D's Pen Music (hereinafter "Brooks") is the sole legal or beneficial owner of the following musical works:

| Title | Copyright Registration No. |
|---|---|
| "Your Will" | PA 1-202-948 |
| "Amazing" | PA 1-202-946 |
| "Dance" | PA 1-202-946 |
| "Grace" | PA 026-918 |
| "Healed Heart" | PA 1-202-946 |
| "Hezekiah Mind" | PA 1-202-946 |
| "High Lift Him" | PA 1-202-946 |
| "I Had To Trust You" | PA 1-202-946 |
| "I Like It" | PA 1-347-596 |
| "Life Keep Living It" | PA 1-347-596 |
| "Lock Down" | PA 026-918 |
| "Lord I Believe" | PA 1-202-946 |
| "Made To Love You" | PA 1-347-596 |
| "My Love, My Life" | PA 1-347-596 |
| "My Mind's Made Up" | PA 586-786 |
| "No One But You" | PA 1-202-946 |
| "Survivor" | PA 1-347-596 |

| | |
|---|---|
| "Thank You" | PA 687-622 |
| "To Make It Through" | PA 1-347-596 |
| "Trust You More" | PA 1-373-346 |
| "Your Will" | PA 1-202-948 |

39. Brooks is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 38 hereof.

40. The musical works referenced in Paragraph 38 hereof has been registered with the United States Copyright Office.

41. Upon information and belief, without Brooks' authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Brooks' copyrighted musical works referenced in Paragraph 38 hereof:

| Track | Artist | Album |
|---|---|---|
| Your Will | Darius Brooks | Your Will |
| Amazing | Darius Brooks | Your Will |
| Dance | Darius Brooks | Your Will |
| Dance | Darius Brooks | I Had To Trust You |
| Grace | Darius Brooks | Your Will |
| Healed Heart | Darius Brooks | My Soul |
| Hezekiah Mind | Darius Brooks | Your Will |
| Hezekiah Mind | Darius Brooks | I Had To Trust You |

| | | |
|---|---|---|
| High Lift Him | Darius Brooks | Your Will |
| High Lift Him | Darius Brooks | I Had To Trust You |
| I Had To Trust You | Darius Brooks | Your Will |
| I Like It | Darius Brooks | My Soul |
| Life Keep Living It | Darius Brooks | My Soul |
| Lock Down | Darius Brooks | Your Will |
| Lord I Believe | Darius Brooks | My Soul |
| Made To Love You | Darius Brooks | My Soul |
| My Love, My Life | Darius Brooks | My Soul |
| My Mind's Made Up | Darius Brooks | Your Will |
| My Mind's Made Up | The Thompson Community Singers | Darius Brooks Presents: The Reunion - Live In Chicago |
| No One But You | Darius Brooks | Your Will |
| No One But You | Darius Brooks | I Had To Trust You |
| Survivors | Darius Brooks | My Soul |
| Thank You | Darius Brooks | My Soul |
| To Make It Through | Darius Brooks | My Soul |
| Trust You More | Darius Brooks | My Soul |
| Your Will | Darius Brooks | Your Will |
| Amazing | Darius Brooks | Your Will |
| Dance | Darius Brooks | Your Will |
| Dance | Darius Brooks | I Had To Trust You |

| | | Your Will |
|---|---|---|
| Grace | Darius Brooks | |
| | | My Soul |
| Healed Heart | Darius Brooks | |
| | | Your Will |
| Hezekiah Mind | Darius Brooks | |

42. Plaintiff David Hoffner d/b/a Fields of Autumn Publishing and Hoffner Haus Music (hereinafter "Hoffner") is joint owner of exclusive rights of the following musical works:

| Title | Copyright Registration No. |
|---|---|
| "For The Rainy Days" | Pau 2-809-569 |
| "Nightfall" | Pau 2-809-569 |
| "Song From Lonesome Dove" | PA 908-334 |

43. Hoffner is the joint owner of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 42 hereof.

44. The musical works referenced in Paragraph 42 hereof has been registered with the United States Copyright Office.

45. Upon information and belief, without Hoffner's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Hoffner's copyrighted musical works referenced in Paragraph 42 hereof:

| Track | Artist | Album |
|---|---|---|
| For The Rainy Days | Silent Sound | Nightfall |
| Nightfall | Silent Sound | Nightfall |
| Song From Lonesome Dove | Michael Martin Murphey | Cowboy Songs vol. 4 |

46. Plaintiff Joe Hill Music, LLC, d/b/a Joe Hill Music (hereinafter referred to as "Joe Hill") is the sole legal or beneficial owner of the following musical work(s):

| Title | Copyright Registration No. |
|---|---|
| "Aragon Mill" | EU 424251 / RE 913-519 (aka "Belfast Mill") |
| "Babysitter" | PAU 350-897 |
| "By The Side Of The Road" | PAU 615-047 |
| "Cotton Mill Blues" | EU 621626 / RE 913-523 |
| Detroit December | PAU 312-457 |
| "Friend & Companion" | PA 827-775 |
| "Generations" | PAU 1-181-407 |
| "Going Going Gone" | PAU 921-869 |
| "Gone Gonna Rise Again" | EU 424245 |
| "Government On Horseback" | PAU 344-367 |
| "Here Is My Home" | PAU 615-047 |
| "Lawrence Jones" – "Long Time Traveling, Long Time Friends" – PA 300-794 | EU 522384 |
| "Luray Women" | PAU 615-047 |
| Mississippi Summer | PAU 344-367 |
| "Nobody's Body But Mine" | PAU 1-561-130 |
| "People Like You" | PA 108-153 |
| Rock Me, Roll Me | PAU 344-367 |

| | |
|---|---|
| Rubber Blubber Whale | PAU 312-458 |
| "Signs Of The Times" | PA 300-795 |
| "Welcome To The World" | PAU 615-047 |
| "What Will I Leave" | PAU 1-181-407 |
| Wild Rose Of The Mountain | PAU 312-457 |

47. Joe Hill is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 46 hereof.

48. The musical works referenced in Paragraph 46 hereof have been registered with the United States Copyright Office.

49. Upon information and belief, without Joe Hill's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Joe Hill's copyrighted musical work referenced in Paragraph 46 hereof:

| Track | Artist | Album |
|---|---|---|
| Accidentals/Aragon Mill | Planxty | Words And Music |
| All My Trials / People Like You | Sharon Dresson McKnight | My Backyard |
| Aragon Mill | Charles Sawtelle | Music From Rancho Deville |
| Aragon Mill | Dolores Keane | Dolores Keane |
| Aragon Mill | Dry Branch Fire Squad | Tried & True |
| Aragon Mill | Dry Branch Fire Squad | Live! At Last |
| Aragon Mill | Hazel Dickens | Hard Hitting Songs For Hard Hit People |

| Aragon Mill | Jane Sapp | Carry It On |
|---|---|---|
| Aragon Mill | Pete Seeger | Carry It On: Songs Of America's Working People |
| Aragon Mill | Rosalie Sorrels | The Long Memory |
| Aragon Mill | Si Kahn | New Wood |
| Aragon Mill | Si Kahn | In My Heart: Live In Holland |
| Aragon Mill | Skip Heller | Mean Things Happen In This Land |
| Babysitter | John McCutcheon | Howjadoo |
| Belfast Mill | Dublin City Ramblers | Irish Folk Heroes |
| Belfast Mill | Sean Talamh | Traditional Irish Music |
| Belfast Mill | Various Artists | Classic Irish Folk, Volume 1 |
| By The Side Of The Road | John McCutcheon | Signs of the Times |
| Cotton Mill Blues | Anne Price | Hearth & Fire |
| Detroit, December | John McCutcheon | Winter Solstice |
| Friend And Companion | John McCutcheon | Signs of the Times |
| Generations | Sally Rogers | Generations |
| Generations | Si Kahn | I'll Be There |
| Going, Going, Gone | John McCutcheon | Live at Wolf Trap |
| Going, Going, Gone | Si Kahn | I Have Seen Freedom |
| Gone Gonna Rise Again | John McCutcheon | Gonna Rise Again |
| Gone Gonna Rise Again | Si Kahn | New Wood |
| Gone Gonna Rise Again | Si Kahn | In My Heart: Live In Holland |
| Gone Gonna Rise Again | The Gordons | Time Will Tell Our Story |

| | | |
|---|---|---|
| Government On Horseback | John McCutcheon | Signs of the Times |
| Here Is My Home | John McCutcheon | Signs of the Times |
| Lawrence Jones | Lawrence Jones | Harlan County USA: Songs Of The Coal Miner's Struggle |
| Lawrence Jones | Phyllis Boyens | Coal Mining Women |
| Lawrence Jones | Si Kahn | New Wood |
| Long Time Traveling/Long Time Friends | John McCutcheon | Signs of the Times |
| Luray Women | Mary Sue Twohy | The Risk Involved |
| Mississippi | Oyster Band | Freedom And Rain |
| Mississippi Summer | Si Kahn | In My Heart: Live In Holland |
| Molly And The Whale/ Rubber Blubber Whale | John McCutcheon | Howjadoo |
| Nobody's Body But Mine | Cathy Fink | Voice On The Wind |
| Nobody's Body But Mine | Si Kahn | I Have Seen Freedom |
| Rubber Blubber Whale | Ellen Edson | Family Fare: Folk Songs for Children and Their Families |
| Rubber Blubber Whale | John McCutcheon | Water From Another Time |
| Signs of the Times | John McCutcheon | Signs of the Times |
| Welcome To The World / Willie's Waltz | John McCutcheon | Signs of the Times |
| What Will I Leave Behind | Charlie Bernhardt | A Bridge Between Two Worlds |
| Wild Rose Of The Mountain | Blue Rose | Blue Rose |
| Wild Rose Of The Mountain | Si Kahn | In My Heart: Live In Holland |
| Wild Rose Of The Mountain | The Hackensaw Boys | Give It Back |
| Wild Rose Of The | John McCutcheon | Water From Another Time/ |

| | | |
|---|---|---|
| Mountain | | Wild Rose Of The Mountain |

50. Plaintiff Laurence Weiss, Individually and d/b/a Rhinestone Cowboy Music Co. (hereinafter "Weiss") is the sole legal or beneficial owner of the following musical work:

| Title | Copyright Registration No. |
|---|---|
| "Your Baby Doesn't Love You Anymore" | EU 881000 |

51. Weiss is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical work referenced in Paragraph 50 hereof.

52. The musical work referenced in Paragraph 50 hereof has been registered with the United States Copyright Office.

53. Upon information and belief, without Weiss' authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Weiss' copyrighted musical work referenced in Paragraph 50 hereof:

| Track | Artist | Album |
|---|---|---|
| Your Baby Doesn't Love You Anymore | The Carpenters | Carpenters Gold: 35th Anniversary Edition |
| Your Baby Doesn't Love You Anymore | The Carpenters | Voice Of The Heart |

54. Plaintiff Mark Farner, Individually and d/b/a Cram Renraff Company (hereinafter "Farner") is the sole legal or beneficial owner of the following musical work(s):

| Title | Copyright Registration No. |
|---|---|
| "Ain't Gonna Be Their Fool No More" (aka Creepin') | EU 418974 |

| "Borderline" | PAU 512-380 |
|---|---|
| "Destitute & Losin" | PA 1-013-477 |
| "Don't Lie To Me" | PAU 437-783 |
| "El Salvador" | PAU 437-781 |
| "Greed of Man (Tell Me)" | PA 119-377 |
| "Innocent" | PAU 512-379 |
| "Stuck In The Middle" | PA 119-378 |

55. Farner is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 53 hereof.

56. The musical works referenced in Paragraph 53 hereof has been registered with the United States Copyright Office.

57. Upon information and belief, without Farner's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Farner's copyrighted musical work referenced in Paragraph 53 hereof:

| Track | Artist | Album |
|---|---|---|
| Borderline | Grand Funk Railroad | What's Funk |
| Creepin' | Grand Funk Railroad | 30 Years of Funk: 1969-1999 |
| Creepin' | Grand Funk Railroad | We're An American Band |
| Destitute & Losin' | Grand Funk Railroad | Shinin' On |
| Destitute & Losin' (Previously Unreleased) | Grand Funk | 30 Years of Funk: 1969-1999 |

| Don't Lie To Me | Grand Funk Railroad | What's Funk |
| El Salvador | Grand Funk Railroad | What's Funk |
| Greed of Man | Grand Funk Railroad | Grand Funk Lives |
| Innocent | Grand Funk Railroad | What's Funk |
| Stuck In The Middle | Grand Funk Railroad | Grand Funk Lives |

58. Plaintiff R Gant Music Group Incorporated, d/b/a Hello Darlin' Music (hereinafter "Gant") is the sole legal or beneficial owner of the following musical work(s):

| Title | Copyright Registration No. |
| --- | --- |
| "Fifteen Years Ago" | EU 142111 / EP 285705 |
| "Fifteen Years Going Up (And One Night Coming Down)" | PA 216-276 |
| "When She Cries" (aka She Needs Someone To Hold Her When She Cries) | EP 304-925 |

59. Gant is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 58 hereof.

60. The musical works referenced in Paragraph 58 hereof has been registered with the United States Copyright Office.

61. Upon information and belief, without Gant's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Gant's copyrighted musical work referenced in Paragraph 58 hereof:

| Track | Artist | Album |
|---|---|---|
| Fifteen Years Ago | Conway Twitty | Gold |
| Fifteen Years Ago | The Statler Brothers | Bed of Roses |
| Fifteen Years Ago | Conway Twitty | The Conway Twitty Collection |
| Fifteen Years Ago | Daryle Singletary | Straight From The Heart |
| Fifteen Years Ago | Conway Twitty | 16 Biggest Hits |
| Fifteen Years Ago | Conway Twitty | The #1 Hits Collection |
| Fifteen Years Ago | Conway Twitty | Super Hits |
| Fifteen Years Ago | Conway Twitty | 20th Century Masters: The Millennium Collection: Best Of Conway Twitty, Volume 2 |
| Fifteen Years Going Up (And George Strait One Night Coming Down) | Conway Twitty | Chronicles |
| She Needs Someone To Hold Her | Conway Twitty | 16 Biggest Hits |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Gold |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Greatest Hits, Vol. II |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | The #1 Hits Collection |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Sings Songs Of Love |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Super Hits |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | The Conway Twitty Collection |

62. Plaintiff Joe Hill Music, LLC, d/b/a Joe Hill Music, and Plaintiff Appalseed

Productions, Inc., d/b/a Appalsongs (hereinafter collectively referred to as "Joe Hill and Appalseed")

are jointly the sole legal or beneficial owners of the following musical work(s):

| Title | Copyright Registration No. |
|---|---|
| "April Fool" | PA 1-013-508 |
| "Baseball On The Block" | PA 607-585, PA 683-888/PA 1-060-501 |
| "Bigger Than Yourself" | PA-1-060-496 |
| "Bird Dog" | PA 934-926/PA 1-060-500 |
| "Campfire" | PA 934-926/PA 1-060-500 |
| "Camping In The Wilderness" | PA 871-170 |
| "Dad & Me" | PA 871-170 |
| "Dark Haired Woman" | PA 735-042 |
| "Dogs Life" | PA 1-013-508 |
| "Family Garden" | PA 607-585, PA 683-888/PA 1-060-501 |
| "Family Revival" | PA 607-585, PA 683-888/PA 1-060-501 |
| "Fishin'" | PA 1-013-508 |
| "Friends Don't Let Friends" | PA-1-060-496 |
| "Friendship" | PA-1-060-496 |
| "Frog On A Log" | PA 1-013-508 |
| "Ghosts of The Good Old Days" | PA 1-060-494 |
| "Going To The Prom" | PA 1-013-508 |
| "Haircut" | PA 871-170 |

| | |
|---|---|
| "Halloween" | PA 934-926/PA 1-060-500 |
| "Happened to Me" | PA 735-042 |
| "Hope I Can Make It" | PA 1-013-508 |
| "How Many People" | PA 607-585, PA 683-888/PA 1-060-501 |
| "I Got A Dime" | PA-1-060-496 |
| "I Love Summer" | PA 871-170 |
| "Ice Cream Man" | PA 871-170 |
| "If I Ran The World" | PA 607-585, PA 683-888/PA 1-060-501 |
| "Imaginary Friend" | PA 607-585, PA 683-888/PA 1-060-501 |
| "It's Fall" | PA 934-926/PA 1-060-500 |
| "Junk Mail" | PA 1-013-508 |
| "Kid Who Hates Summer" | PA 871-170 |
| "Kids On Strike" | PA-1-060-496 |
| "Labor Day" | PA 934-926/PA 1-060-500 |
| "Leftovers" | PA 791-592 |
| "Losers Like You" | PA 791-592 |
| "Meteors" | PA 871-170 |
| "Mud" | PA 871-170 |
| "My Old Man" | PA 791-591 |
| "Natural Disaster" | PA 934-926/PA 1-060-500 |
| "New Kid In School" | PA 934-926/PA 1-060-500 |

| | |
|---|---|
| "Nothing To Lose" | PA 791-592 |
| "Paint Me A Picture" | PA 791-592 |
| "Play Fair" | PA-1-060-496 |
| "Power Mower" | PA 871-170 |
| "Riding My Bike" | PA 871-170 |
| "Running For President" | PA-1-060-496 |
| "S'posed to Do" | PA 735-042 |
| "Safe at Home" | PA-1-060-496 |
| "Sing Me" | PA-1-060-496 |
| "Snow In April" | PA 1-013-508 |
| "Someone Else Decide" | PA-1-060-496 |
| "Soup" | PA 791-624 |
| "Spring Cleaning" | PA 1-013-508 |
| "Spring Fever" | PA 1-013-508 |
| "Stick Together" | PA-1-060-496 |
| "Still The Ones For Me" | PA-1-060-496 |
| "Summer Is a-Comin'" | PA 1-013-508/PA 1-060-494 |
| "Swimming Hole" | PA 871-170 |
| "Thanksgiving Day" | PA 934-926/PA 1-060-500 |
| "The Principle" | PA-1-060-496, PA-1-090-246 |
| "The Way It's Supposed To Be" | PA 791-592 |
| "Walk On" | PA 791-592 |

| | |
|---|---|
| "Whatchagonnabe" | PA-1-060-496 |
| "Woman Like You" | PA 735-043/PA 1-060-494 |
| "World Series '57" | PA 934-926/PA 1-060-500 |
| "Write It Down" | PA-1-060-496 |

63. Joe Hill and Appalseed are the exclusive holders of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 62 hereof.

64. The musical works referenced in Paragraph 62 hereof have been registered with the United States Copyright Office.

65. Upon information and belief, without Joe Hill's and/or Appalseed's authorization or permission, Defendants have copied, displayed, performed and distributed to their customers and to the public, via "On-Demand Streams" and "Limited Downloads" through the Performer Digital service referenced above and through their customers' music services, the following sound recordings embodying Joe Hill's and Appalseed's copyrighted musical work referenced in Paragraph 62 hereof:

| Track | Artist | Album |
|---|---|---|
| April Fool | John McCutcheon | Four Seasons: Springsongs… |
| Baseball On The Block | John McCutcheon | Family Garden |
| Bigger Than Yourself | John McCutcheon | Bigger Than Yourself |
| Bird Dog | John McCutcheon | John McCutcheon's Four Seasons: Autumnsongs |
| Campfire | John McCutcheon | John McCutcheon's Four Seasons: Autumnsongs |

| | | |
|---|---|---|
| Camping In The Wilderness | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Colors | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Dad & Me | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Dark-Haired Woman | John McCutcheon | Between The Eclipse |
| Dog's Life | John McCutcheon | Four Seasons: Springsongs… |
| Family Garden | John McCutcheon | Family Garden |
| Family Revival | John McCutcheon | Family Garden |
| Fishin' | John McCutcheon | Four Seasons: Springsongs |
| Friendship | John McCutcheon | Bigger Than Yourself |
| Frog On A Log | John McCutcheon | Four Seasons: Springsongs… |
| Ghosts of the Good Old Days | John McCutcheon | The Greatest Story Never Told |
| Ghosts of the Good Old Days | John McCutcheon | These Times We're Living In: a Red House Anthology |
| Going To The Prom | John McCutcheon | Four Seasons: Springsongs… |
| Haircut | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Halloween | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Happened To Me | John McCutcheon | Between The Eclipse |
| Hope I Make It | John McCutcheon | Four Seasons: Springsongs… |

| | | |
|---|---|---|
| How Many People | John McCutcheon | Family Garden |
| I Got A Dime | John McCutcheon | Bigger Than Yourself |
| I Love Summer | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Ice-Cream Man | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| If I Ran The World | John McCutcheon | Family Garden |
| If I Ran The World | John McCutcheon | Bright Spaces: Children's Music To Benefit The Homeless |
| Imaginary Friend | John McCutcheon | Family Garden |
| It's Fall | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Junk Mail | John McCutcheon | Four Seasons: Springsongs… |
| Kid Who Hates Summer | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Kids On Strike | John McCutcheon | Bigger Than Yourself |
| Labor Day | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Labor Day | John McCutcheon | Supper's On The Table… |
| Leftovers | John McCutcheon | Nothing To Lose |
| Losers Like You | John McCutcheon | Nothing To Lose |
| Meteors/The Perseid | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Meteors/The Perseid | John McCutcheon | Supper's On The Table… |

| Mud | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| My Old Man | John McCutcheon | Nothing To Lose |
| Natural Disaster | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| New Kid In School | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Nothing To Lose | John McCutcheon | Nothing To Lose |
| Paint Me A Picture | John McCutcheon | Nothing To Lose |
| Play Fair | John McCutcheon | Bigger Than Yourself |
| Power Mower | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Riding My Bike | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Running For President | John McCutcheon | Bigger Than Yourself |
| Safe At Home | John McCutcheon | Bigger Than Yourself |
| Sing Me | John McCutcheon | Bigger Than Yourself |
| Snow In April | John McCutcheon | Four Seasons: Springsongs… |
| Snow In April | John McCutcheon | Supper's On The Table… |
| Someone Else Decide | John McCutcheon | Bigger Than Yourself |
| Soup | John McCutcheon | Supper's On The Table… |
| Soup | Hot Soup | Soup Happens |
| Soup | John McCutcheon | Wintersongs |
| S'posed To Do | John McCutcheon | Between The Eclipse |

| Spring Cleaning | John McCutcheon | Four Seasons: Springsongs… |
| Spring Fever | John McCutcheon | Four Seasons: Springsongs… |
| Stick Together | John McCutcheon | Bigger Than Yourself |
| Still The Ones For Me | John McCutcheon | Bigger Than Yourself |
| Summer Is A-Coming | John McCutcheon | Four Seasons: Springsongs… |
| Swimming Hole | John McCutcheon | John McCutcheon's Four Seasons: Summersongs |
| Thanksgiving Day | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| The Principle | John McCutcheon | Bigger Than Yourself |
| The Principle | John McCutcheon | Supper's On The Table… |
| Walk On | John McCutcheon | Nothing To Lose |
| Way It's Supposed To Be | John McCutcheon | Nothing To Lose |
| Whatchagonnabe | John McCutcheon | Bigger Than Yourself |
| Woman Like You | John McCutcheon | Between The Eclipse |
| World Series '57 | John McCutcheon | John McCutcheon's Four Seasons Autumnsongs |
| Write It Down | John McCutcheon | Bigger Than Yourself |

66. Defendants did not seek or obtain permission or authorization from Plaintiffs prior to copying Plaintiffs' copyrighted works onto MediaNet's computer server(s), making said works available on MediaNet's music service and distributing said works through its customers and ultimately to the general public.

67. Defendants continue to copy, display, perform and distribute additional sound recordings embodying Plaintiffs' copyrighted musical compositions, without Plaintiffs' authorization or permission, thereby further infringing Plaintiffs' exclusive rights.

68. Defendants had knowledge at the time it copied, displayed, performed and distributed recordings embodying Plaintiffs' copyrighted musical compositions, that Defendants were required to obtain authorization via a license from Plaintiffs or procure the aforementioned statutory compulsory license prior to any use of Plaintiffs' copyrighted musical compositions.

69. Defendants further had knowledge that they are barred from obtaining a statutory compulsory license, having failed to send proper notice prior to distribution.

70. Defendants have made the recordings embodying Plaintiffs' copyrighted musical compositions available to MediaNet's customers and the general public without any compensation to Plaintiffs.

71. Absent a license to transmit, perform, reproduce and deliver the musical compositions embodied on each specific sound recording in the MediaNet catalog that is or has been distributed via Performer Digital, the MediaNet corporate website or otherwise via "license" from MediaNet to its customers, each such transmission, performance, reproduction and delivery constitutes copyright infringement.

72. Absent an assignable license to transmit, perform, reproduce and deliver the musical compositions embodied on each specific sound recording in the MediaNet catalog, not only MediaNet, but each of MediaNet's customers who have subsequently transmitted, performed, reproduced and delivered said musical composition have also committed copyright infringement.

73. MediaNet and its customers, having no license (voluntary or compulsory) from

Plaintiffs for the use of their copyrighted musical works as described herein, have committed copyright infringement.

74. Defendants have knowledge that infringing activities are taking place through MediaNet's business dealings and method of operation.

75. Defendants have further facilitated, encouraged and contributed to MediaNet's customers' infringement of Plaintiffs' copyrighted musical compositions through Performer Digital and its customers' internet music services, all as generally described herein.

76. Defendants have derived direct and substantial financial benefits from the infringements of Plaintiffs' copyrighted musical compositions by MediaNet's customers. By allowing the infringing activities of its customers, MediaNet earns a fee or percentage of revenue from its customers' infringing activities.

77. MediaNet has the ability to control the infringement of Plaintiffs' copyrighted musical compositions by its customers and their users/subscribers.

78. Alan McGlade and Stephen Barraclough have/had the ability to control the infringement of Plaintiffs' copyrighted musical compositions by MediaNet's customers and their users/subscribers.

79. MediaNet's infringements of Plaintiffs' copyrighted musical works, and the infringements of MediaNet's customers, has been a continuing infringement, dating back in some instances to the initial launch in 2001.

## V.  CAUSES OF ACTION

### FIRST JOINT CAUSE OF ACTION
(Copyright Infringement Against All Defendants)

80. Plaintiffs hereby adopt, reallege and incorporate by reference the allegations contained in Paragraphs 1 through 79 above.

81. Each instance whereby each separate sound recording embodying a copyrighted musical composition owned by Plaintiffs was copied, displayed, performed and/or distributed by MediaNet constitutes a separate act of copyright infringement and a separate violation of 17 U.S.C. 101, *et seq.*

82. Each of Defendants' acts of copyright infringement referenced herein was willful within the meaning of 17 U.S.C. 101, *et seq.*

83. Plaintiffs have suffered economic damage and irreparable harm as a result of Defendants' continuing acts of infringement, and unless and until Defendants' conduct is enjoined by this Court, Defendants will continue to cause irreparable injury that cannot fully be compensated for or measured in money, and Plaintiffs are accordingly entitled to an injunction pursuant to 17 U.S.C. § 502 prohibiting further infringement of their exclusive rights under the Copyright Act.

84. Plaintiffs are entitled to, at their election, either their actual damages and Defendants' profits from the infringing activities described herein, or, in the alternative, statutory damages pursuant to 17 U.S.C. § 101, *et seq.*

85. Plaintiffs are further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SECOND JOINT CAUSE OF ACTION
### (Contributory Copyright Infringement Against All Defendants)

86. Plaintiffs hereby adopt, reallege and incorporate by reference the allegations contained in Paragraphs 1 through 79 above.

87. Defendants' customers and its customers' users/subscribers are actively infringing Plaintiff's copyrighted musical compositions, as set forth herein, which infringes upon Plaintiffs' exclusive rights secured by 17 U.S.C. § 106.

88. Defendants have explicit and constructive knowledge that said infringements are taking place and actively induces, facilitates, causes and materially contributes to said infringements.

89. As a result of the foregoing, Defendants are liable for contributorily infringing Plaintiffs' copyrighted musical compositions, in violation of Sections 106 and 501 of the Copyright Act.

90. Each instance whereby each separate sound recording embodying a copyrighted musical composition owned by Plaintiffs was copied, displayed, performed and/or distributed by MediaNet's customers or its customers' users/subscribers, constitutes a separate act of copyright infringement and a separate violation of 17 U.S.C. 101, *et seq.*, for which Defendants are liable.

91. Each act of copyright infringement referenced herein was willful within the meaning of 17 U.S.C. 101, *et seq.*

92. Plaintiffs have suffered economic damage and irreparable harm as a result of the continuing acts of infringement referenced herein, and unless and until Defendants' conduct is enjoined by this Court, Defendants will continue to cause irreparable injury that cannot fully be compensated for or measured in money, and Plaintiffs are accordingly entitled to an injunction pursuant to 17 U.S.C. § 502 prohibiting further infringement of their exclusive rights under the

Copyright Act.

93. Plaintiffs are entitled to, at their election, either their actual damages and Defendants' profits from the infringing activities described herein, or, in the alternative, statutory damages pursuant to 17 U.S.C. § 101, *et seq.*

94. Plaintiffs are further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

### THIRD JOINT CAUSE OF ACTION
#### (Vicarious Copyright Infringement Against All Defendants)

95. Plaintiffs hereby adopt, reallege and incorporate by reference the allegations contained in Paragraphs 1 through 79 above.

96. Defendants Alan McGlade and Stephen Barraclough are officers of MediaNet.

97. Specifically, Alan McGlade served as Chief Executive Officer until in or about December 2010 and Stephen Barraclough currently serves as Chief Executive Officer.

98. Defendants' customers and their users/subscribers are actively infringing Plaintiffs' copyrighted musical compositions, as set forth herein, which infringes upon Plaintiffs' exclusive rights secured by 17 U.S.C. § 106.

99. Defendants have derived direct and substantial financial benefits from the infringements of Plaintiffs' copyrighted musical compositions by their customers and their users/subscribers, as described herein.

100. Defendants have the legal right and actual ability to supervise, control and prevent the infringing activities that occur through their customers' services, but have failed and or refused to exercise any control over the infringing activities.

101. As a result of the foregoing, Defendants are liable for vicariously infringing

Plaintiffs' copyrighted musical compositions, in violation of Sections 106 and 501 of the Copyright Act.

102. Each instance whereby each separate sound recording embodying a copyrighted musical composition owned by Plaintiffs was copied, displayed, performed and/or distributed by MediaNet's customers or their users/subscribers constitutes a separate act of copyright infringement and a separate violation of 17 U.S.C. 101, *et seq.*, for which Defendants are liable.

103. Each act of infringement referenced herein was willful within the meaning of 17 U.S.C. 101, *et seq.*

104. Plaintiffs have suffered economic damage and irreparable harm as a result of the continuing acts of infringement referenced herein, and unless and until Defendants' conduct is enjoined by this Court, Defendants will continue to cause irreparable injury that cannot fully be compensated for or measured in money, and Plaintiffs are accordingly entitled to an injunction pursuant to 17 U.S.C. § 502 prohibiting further infringement of their exclusive rights under the Copyright Act.

105. Plaintiffs are entitled to, at their election, either their actual damages and Defendants' profits from the infringing activities described herein, or, in the alternative, statutory damages pursuant to 17 U.S.C. § 101, *et seq.*

106. Plaintiffs are further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully pray for judgment against the Defendants as follows:

1.     On all Counts, for such equitable relief as is necessary to prevent or restrain infringement of Plaintiffs' copyrights, including a permanent injunction requiring that Defendants and their agents, servants, employees, officers, directors, attorneys, successors, assigns, licensees, and all others in active concert or participation with any of them cease infringing, or causing, aiding, enabling, facilitating, encouraging, promoting, inducing, or materially contributing to or participating in the infringement of any of Plaintiffs' copyrights or exclusive rights protected by the Copyright Act or common law (whether now in existence or hereafter created), including, without limitation, the compositions referenced on the Exhibits attached hereto;

2.     On Counts I, II, and III an award to Plaintiffs, at their election, of either (i) actual damages and profits derived by Defendants as a result of the infringing activities described herein, pursuant to 17 U.S.C. § 504(b); or (ii) statutory damages in the maximum amount of $150,000 per each act of infringement of Plaintiffs' copyrighted works, pursuant to 17 U.S.C. § 504(c);

3.     For Plaintiffs' attorneys' fees;

4.     Discretionary costs; and

5.     For such other and further relief as this Court deems appropriate.

6.     Plaintiffs demand a jury trial.

Dated: August 24, 2011
     New York, NY

                                        Respectfully Submitted,

                                        CROSBY & HIGGINS LLP

                                        _____
                                        Todd A. Higgins, Esq. (TH 7920)
                                        CROSBY & HIGGINS LLP
                                        350 Broadway, Suite 300
                                        New York, New York 10013
                                        Ph: (646) 452-2300
                                        Fx: (646) 452-2301
                                        thiggins@crosbyhiggins.com
                                        *Attorneys for Plaintiffs*

                                        GRAUBERGER, GREEN &
                                        ASSOCIATES, PLLC
                                        Stephen E. Grauberger #23652
                                        Derrick H. Green #25412
                                        2612 N. Mt. Juliet Rd.
                                        Mt. Juliet, TN 37122
                                        Ph: (615) 773-6116
                                        Fx: (615) 773-7116
                                        grauberger@gglaw-tn.com
                                        green@gglaw-tn.com
                                        *Of Counsel*