This exhibit contains restricted information that is subject to a confidentiality agreement and has been redacted from the publicly filed version