UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
APPALSEED PRODUCTIONS, INC., d/b/a
APPALSONGS, CHARLES LLOYD, individually
and d/b/a FOREST FARM MUSIC, DARIUS BROOKS
d/b/a FROM D'S PEN, DAVID HOFFNER d/b/a
FIELDS OF AUTUMN PUBLISHING and HOFFNER
HAUS MUSIC, JOE HILL MUSIC, LLC, d/b/a
JOE HILL MUSIC, LAURENCE WEISS d/b/a
RHINESTONE COWBOY MUSIC CO., MARK FARNER
d/b/a CRAM RENRAFF COMPANY and R GANT MUSIC
GROUP, INCORPORATED d/b/a HELLO DARLIN' MUSIC,

                Plaintiffs,

      - against -       Case No. 11 CIV 5922
                         (PGG)

MEDIANET DIGITAL, INC., ALAN MCGLADE AND
STEPHEN BARRACLOUGH,

                Defendants.
--------------------------------------------X

DEPOSITION OF STEPHEN BARRACLOUGH

New York, New York

Tuesday, March 13, 2012

REPORTED BY:

Chandra D. Brown

Ref: 7048

```
 1
 2              DEPOSITION OF STEPHEN BARRACLOUGH, taken
 3   by Plaintiffs, pursuant to Notice, at the offices of
 4   Arent Fox LLP, 1675 Broadway, New York, New York, on
 5   Tuesday, March 13, 2012, commencing at 8:19 a.m.,
 6   before Chandra D. Brown, a Registered Professional
 7   Reporter and Notary Public within and for the State
 8   of New York.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                   S. Barraclough - 3/13/12
 2      Q     The ones that were tasked with taking care
 3      of the license.
 4      A     Possibly one or two phone calls.  The
 5      interaction was primarily between HFA's people
 6      and MediaNet's people in Seattle.
 7      Q     Okay.
 8            Other than the presentations from Harry
 9      Fox and renewing or extending the agreement,
10      did you have any personal dealings with
11      license-related issues?
12      A     Can you --
13      Q     Music licensing.
14      A     Personal as in -- in my capacity as CEO?
15      Q     Yes.
16      A     With other entities?
17      Q     With the process, with other entities.
18      A     I reached out to MRI and rights flow as we
19      came towards renewing.
20      Q     And was that for competing bids?
21      A     Yes.
22      Q     But you ultimately renewed or extended?
23      A     We extended, not renewed.
24      Q     Okay.
25            And were -- did you -- why did you extend
```

```
 1                 S. Barraclough - 3/13/12
 2      and not renew?
 3              MR. ROMAN:  Objection to form.
 4      A      Because I was not comfortable with the
 5      business committing to Harry Fox for a further
 6      two years.
 7      Q      Why were you not comfortable?
 8      A      I had been told that MRI had had a match
 9      rate of 90 percent of tracks, and that that was
10      as good as a hundred percent because of all the
11      fluff in the catalog, and Harry Fox had not
12      been able to achieve that rate.
13      Q      Okay.
14              And what you're saying by "match rate,"
15      90 percent match rate being able to identify
16      the publishing administrator of a recording?
17      A      A publisher of a recording, yes.
18      Q      That's what you're talking about in
19      matching?
20      A      Yes.
21      Q      And Harry Fox wasn't as good?
22      A      No.
23      Q      So why did you then extend with Harry Fox
24      rather than go back to MRI?
25      A      A number of reasons.  MRI tell you, but
```

```
 1                S. Barraclough - 3/13/12
 2      don't show you the evidence.  So they will tell
 3      you a match rate, but they won't show you the
 4      detail.  And I was unclear how much we would be
 5      able to improve the situation with Harry Fox
 6      when I first became aware of it.
 7      Q    Okay.
 8           Do you know what percentage match rate --
 9      percentage Harry Fox was getting?
10           MR. ROMAN:  Objection to form.
11      A    At what point in time?
12      Q    During your tenure as CEO.
13      A    At the beginning, amongst the
14      presentations they gave us, they showed us
15      figures that sore an overall match rate below
16      55 percent.
17           But a match rate by value of over
18      90 percent in terms of value of royalties
19      earned of a dollar or more over an 18-month
20      period per track.  At the end of that period,
21      they had improved that match rate to 77 and a
22      half percent.
23      Q    Okay.
24           So at the end of that year, they are at
25      77 percent match rate.
```

```
 1                S. Barraclough - 3/13/12

 2      A     Yes.

 3      Q     And because you gave both numbers earlier,

 4      started out 55 percent or less than 50 percent,

 5      I think you said.

 6      A     No.  Less than 55 percent.

 7      Q     Less than 55 percent match rate.

 8            But that less than 55 percent was

 9      generating 95 percent of the royalties?

10      A     Over 90 percent of royalties earned per

11      track of a dollar or more.

12      Q     Okay.  So I'm just trying to understand

13      exactly what we're talking about here.

14            So Harry Fox didn't know who the

15      publishers were initially of over 45 percent of

16      MediaNet's catalog?

17            MR. ROMAN:  Objection to form.

18      Q     Is that correct?

19      A     As I understand, they were unable to match

20      that.

21      Q     Okay.

22            And I would assume because they don't know

23      who the publishers are.

24      A     I would assume.

25      Q     There is no licenses in place.
```

1              S. Barraclough - 3/13/12

2        MR. ROMAN:  Objection to form.

3    A    The mechanics of it, I am not aware.

4    Q    Did you ever inquire what that meant?

5        MR. ROMAN:  Objection to form.

6    Q    MediaNet -- Harry Fox comes over for their

7    first presentation to you.  And shows that they

8    have a match rate of under 55 percent.

9    A    Yes.

10   Q    Did you ask what that means?

11   A    I did.

12   Q    And what did they tell you?

13   A    They told me that they were unable to pay

14   publishers royalty on the unmatched proportion.

15   Q    Okay.

16        So they don't know who it is?

17   A    Yes.

18   Q    Did you inquire as to whether licenses

19   existed for that 45 percent?

20   A    I inquired how they could improve that

21   match rate.

22   Q    Okay.

23        Did you take any steps to remove that

24   content until it could be matched?

25   A    I did not.

Page 74

                    S. Barraclough - 3/13/12

1

2    Q    Did you ever ask anyone whether MediaNet

3    had the right to use that 45 percent of

4    unmatched?

5         MR. ROMAN:  Objection to form.

6    A    I was focused on is there a sustainable

7    business here now or one that we can create

8    quickly; otherwise, the business would be

9    closed down.

10   Q    Right.

11        But I mean understanding the CEO, while

12   you're there, it all comes under you.

13   A    Correct.

14   Q    So you didn't -- never took it down, never

15   directed somebody to figure out why we don't

16   know this.  But you worked with Harry Fox to

17   see how it can improve?

18   A    My focus was to get to the 90 percent

19   match rate.  As we improved the match rate of

20   that six-month period, then we were able to

21   identify the tracks.  We were able to basically

22   account for those unpaid royalties since the

23   beginning of MediaNet's agreement with Harry

24   Fox.

25   Q    Okay.

Page 96

1                        CERTIFICATION

2

3    STATE OF NEW YORK    )

4                        :  SS.:

5    COUNTY OF NEW YORK   )

6               I, CHANDRA D. BROWN, a Notary Public for

7    and within the State of New York, do hereby certify:

8               That the witness whose examination is

9    hereinbefore set forth was duly sworn and that such

10   examination is a true record of the testimony given

11   by that witness.

12               I further certify that I am not related to

13   any of the parties to this action by blood or by

14   marriage and that I am in no way interested in the

15   outcome of this matter.

16               IN WITNESS WHEREOF, I have hereunto set my

17   hand the 23rd day of March, 2012.

18

19               _____

20               CHANDRA D. BROWN, RPR, CLR

21

22

23

24

25